U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - MONROE

APR 0 6 2009

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| DARREN L. GRAY | CIVIL ACTION NO. 08-1559 |
| VERSUS | JUDGE ROBERT G. JAMES |
| OFFICER HUNTER, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. No. 5] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's civil rights action is DISMISSED WITHOUT PREJUDICE in accordance with the provisions of Federal Rule of Civil Procedure 41(b).

MONROE, LOUISIANA, this 4 day of April, 2009.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE